April 2, 2004

Mr. Randall L. Brim
Singleton Cooksey & Hanson LLP
6363 Woodway, Ste. 610
Houston, TX 77057
Mr. Jerry A. Pusch
Pusch Lowery & Gilcrease
2701 Louisiana
Houston, TX 77006

RE: Case Number: 02-1008
 Court of Appeals Number: 06-01-00097-CV
 Trial Court Number: 96-52431

Style: STORAGE & PROCESSORS, INC. AND LEONEL GUERRERO
 v.
 RAMON REYES

Dear Counsel:

 Today, the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above referenced cause. Justice Jefferson not sitting.
 Encl.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Mr. Charles |
| |Bacarisse |
| |Ms. Linda Rogers |